# Law Offices of Colin Mulholland

Employment and Civil Litigation

30-97 Steinway Street.  
Suite 301-A  
Astoria, NY 11103

Telephone: (347) 687-2019  
cmulhollandesq@gmail.com

April 27, 2020

Honorable Lewis J. Liman  
United States District Judge  
500 Pearl Street  
New York, NY 10007

> Application for adjournment GRANTED. The Initial Pretrial Conference is RESET for June 29, 2020 at 10:30 a.m. and will proceed telephonically. Parties are directed to call (888) 251-2909 and use access code 2123101.
>
> 4/27/2020
>
> LEWIS J. LIMAN  
> United States District Judge

Re: Lazo v. Valdome, Inc., et al. 20-cv-982 (LJL)

Your Honor,

Plaintiff writes this Court respectfully requesting an adjournment of the currently scheduled May 4th, 2020 Initial Conference to another date in the last week of June or in July. In the event the Court grants this motion, the undersigned would further request that the adjourn date not be June 16th or July 1st, 2020.

The undersigned has heard from Defendant Nicola Marzovilla since serving this action. Mr. Marzovilla indicated that he intends to respond either Pro Se or possibly through an attorney. He cited generally that he has experienced difficulties relating to restrictions on public life due to COVID-19.

The undersigned is unclear what choices the other Defendants will make in responding to this matter, but no doubt COVID-19 has effected them as well.

Thus, in the interests of efficiency and fair play, Plaintiff would request that the presently scheduled Initial Conference be adjourned.

Plaintiff thanks the Court for its attention to this matter

<u>/s/Colin Mulholland, Esq.</u>  
Colin Mulholland, Esq.  
30-97 Steinway, Ste. 301-A  
Astoria, New York 11103  
Telephone: (347) 687-2019  
*Attorney for Plaintiff*