UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------X

MANUEL N. LAZO,                                   :

                            Plaintiff,            :

                                                  :          20-cv-982 (LJL)
            -v-                                   :
                                                  :          ORDER
VALDOME INC., DOMENICO V. MARZOVILLA,             :
NICOLA MARZOVILLA & GEORGE HOCK                   :

                            Defendants.           :
                                                  X
------------------------------------------------------------------

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/22/2020

LEWIS J. LIMAN, United States District Judge:

        The Court previously granted the parties' motion for an extension of time to file their
settlement agreement.  Dkt. No. 35.  The hearing originally scheduled for December 23, 2020 is
rescheduled for January 8, 2021 at 12:00 p.m.  Plaintiff shall appear at the hearing.  Parties are
directed to dial 888-251-2909 and use access code 2123101.

        SO ORDERED.

Dated: December 22, 2020                    _____
       New York, New York                          LEWIS J. LIMAN
                                             United States District Judge