# Law Offices of Colin Mulholland

Employment and Civil Litigation

30-97 Steinway Street.　　　　　　　　　　　　　　　　　　　　Telephone: (347) 687-2019
Suite 301-A　　　　　　　　　　　　　　　　　　　　　　　　　cmulhollandesq@gmail.com
Astoria, NY 11103　　　　1/4/2021

*SO ORDERED.*
*LEWIS J. LIMAN*
*United States District Judge*

January 1st, 2021

Honorable Lewis J. Liman
United States District Judge
500 Pearl Street
New York, NY 10007

**The parties' request for an extension is GRANTED. The fairness hearing previously scheduled for January 8 will be held on January 14, 2021 at 12:00 p.m. Parties are directed to dial 888-251-2909 and use access code 2123101.**

Re: Lazo v. Valdome, Inc., et al. 20-cv-982 (LJL)

Your Honor,

Plaintiff writes to respectfully permit the parties until on or before January 8th, 2021 to submit a fully executed settlement agreement to the Court. The current deadline is January 1st, 2021.

The Plaintiff has signed the agreement already but the Defendants have not executed a copy yet. Defendants counsel has asked for another week to execute their copy of the agreement. Plaintiff would consent to the Defendants requested extension and defers to the Court regarding the scheduling of the January 8th, 2021 telephonic fairness hearing.

As soon as I receive the counter-signed agreement, I can submit the fairness motion within the day.

This is the second request for an extension of time.

　　　　　　　　　　　　　　　　　　　　　　　　*/s/Colin Mulholland, Esq.*
　　　　　　　　　　　　　　　　　　　　　　　　Colin Mulholland, Esq.
　　　　　　　　　　　　　　　　　　　　　　　　30-97 Steinway, Ste. 301-A
　　　　　　　　　　　　　　　　　　　　　　　　Astoria, New York 11103
　　　　　　　　　　　　　　　　　　　　　　　　Telephone: (347) 687-2019
　　　　　　　　　　　　　　　　　　　　　　　　*Attorney for Plaintiff*