UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                           :

MANUEL N. LAZO,                          :

                         Plaintiff,       :

                          :          20-cv-982 (LJL)

       -v-                   :

                          :          ORDER

VALDOME, INC., et al.,          :

                          :

                  Defendants.   :

                          :
-------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

      Plaintiff is directed to appear at today's hearing at 11:30 a.m.  Plaintiff is directed to dial 888-251-2909 and use access code 2123101.

      SO ORDERED.

Dated: January 15, 2021
       New York, New York                        LEWIS J. LIMAN
                                            United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/15/2021