UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:__2/4/2021___
```

-------------------------------------------------------------------X
: 
MANUEL N. LAZO,                                                   :
                                                                 :
                              Plaintiff,                         :
                                                                 :          20-cv-982 (LJL)
             -v-                                                 :
                                                                 :          ORDER
VALDOME, INC., et al.,                                           :
                                                                 :
                              Defendants.                        :
                                                                 :
-------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

      For the reasons stated on the record on January 18, 2021, the settlement agreement dated January 18, 2021, Dkt. No. 43, as amended by the addendum filed on February 3, 2021, Dkt. No. 46-1, is approved as fair and reasonable, including the award of attorney's fees and costs. *See Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199 (2d Cir. 2015).

      SO ORDERED.

Dated: February 4, 2021
     New York, New York          _____
                             LEWIS J. LIMAN
                     United States District Judge