```
UNITED STATES DISTRICT COURT                              USDC SDNY
SOUTHERN DISTRICT OF NEW YORK                             DOCUMENT
---------------------------------------------------------X ELECTRONICALLY FILED
                                                          DOC #:_____
MANUEL N. LAZO,                                           DATE FILED: 6/27/2021

                    Plaintiff,
                                                          20-cv-982 (LJL)
        -v-
                                                          ORDER
VALDOME INC., et al.,

                    Defendants.
---------------------------------------------------------X
```

LEWIS J. LIMAN, United States District Judge:

The Clerk of Court is respectfully directed to close this case.

SO ORDERED.

Dated: June 27, 2021
       New York, New York                  _____
                                                   LEWIS J. LIMAN
                                              United States District Judge